1  Derek Davis, Esq. (SBN 243957)
   Alan Law, Esq. (SBN 268334)
2  COOPER & SCULLY, P.C.
   423 Washington Street, Suite 400
3  San Francisco, CA 94111
   Tel: (415) 956-9700; Fax: (415) 391-0274
4  Email: derek.davis@cooperscully.com
   Email: alan.law@cooperscully.com
5
   Attorneys for Defendant
6  LONGS DRUG STORES CALIFORNIA, INC.,
   erroneously sued as CVS PHARMACY, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 JEANNIE SALADO,                    )  Case No.
                                      )
11           Plaintiffs,              )
                                      )
12     vs.                            )  **NOTICE OF REMOVAL TO UNITED**
                                      )  **STATES DISTRICT COURT EASTERN**
13 CVS PHARMACY, INC.  AND DOES 1 TO  )  **DISTRICT OF CALIFORNIA PURSUANT**
   10,                                )  **TO 28 U.S.C. §§ 1332 and 1441(B)**
14                                    )
             Defendants.             )
15                                    )  Date Action Filed: 08/17/2022
                                      )  Trial Date:        None Set
16                                    )
                                      )
17 _____

18        TO THE HONORABLE JUDGE OF SAID COURT:

19        COMES NOW Defendant LONGS DRUG STORES CALIFORNIA, L.L.C., erroneously

20 sued as CVS PHARMACY, INC., ("Defendant" or "LONGS DRUGS STORES"), and files this

21 Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441.

22        **I.     INTRODUCTION**

23        1.     Pursuant to 28 U.S.C. §1441, et seq., this civil action is removed from the

24 Superior Court, County of Stanislaus, California, where this matter was pending under Case No.

25 CV-22-003745, in the matter entitled *Jeannie Salado vs. CVS Pharmacy, Inc., et al.* ("State

26 Court Action").

27 ///

28
                                          1

## II.    NATURE OF SUIT

2.    This is a premises liability action.  Plaintiff  is alleging she was injured in a CVS Pharmacy, Inc. store after tripping and falling over a pallet in the aisle way at the premises of the CVS store causing her to sustain injuries and damages.

## III.    BASIS FOR FEDERAL JURISDICTION

3.    LONGS DRUG STORES CALIFORNIA, L.L.C., is now and at the time of the filing of this action, a subsidiary of CVS Pharmacy, Inc., a Rhode Island corporation having its principal place of business in the state of Rhode Island.  The citizenship of an L.L.C. and an incorporated company are the same as the citizenship of all its members.  *Johnson v. Columbia Props. Anchorage, LP.*, 437 F.3d 894 (9th Cir. 2006).  CVS Pharmacy, Inc. is the sole member of LONGS DRUG STORES CALIFORNIA, L.L.C., and is a statutory business trust organized under the laws of Rhode Island, and has its principal place of business in Rhode Island.

4.    Plaintiff JEANNIE SALADO is now and at the time of the filing of this action, a resident of the city and county of Stanislaus, California.  Accordingly, for diversity purposes, Plaintiff is a citizen of California.

5.    There is and has been at all times relevant to this Notice of Removal, complete diversity of citizenship between Plaintiff and Defendant.

6.    Plaintiff seeks medical expenses and pain and suffering damages, and mental anguish.  See Plaintiffs' Complaint.  See Exhibit A.

7.    Plaintiff has filed a Civil Case Cover Sheet.  See Exhibit B.

8.    The State Court Action contains an initial Case Management Conference scheduling and Notice of Assignment.   See Exhibit C.

9.    Service of process was completed by process Server of Summons and Complaint on CVS Pharmacy, Inc. and Longs Drug Stores, California, L.L.C., Service of Process Transmittal from CT Corporation showing service was completed on August 25, 2022.  See Exhibit D.

10.     The current Stanislaus Superior Court Docket as of the date of filing of this Removal is attached as Exhibit E.

11.     Defendant Longs Drug Stores California, L.L.C. filed its Answer to the Complaint on September 26, 2022, attached as Exhibit F.

12.     This action may be removed to this Court pursuant to 28 U.S.C. §1441(b), because Defendant is not a citizen of California, the state in which the action was brought.  This action is removable to this Court and venue is proper because this United States District Court and Division encompasses the place where the state court action was pending. 28 U.S.C. §§ 124(a)(1), 1441(a).

**IV.     TIMELINESS OF REMOVAL**

13.     Plaintiff commenced this lawsuit by filing her complaint on August 17, 2022. Plaintiff seeks damages in excess of $75,000.00.  See Exhibit A.

14.     A notice of removal may be filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.  28 U.S.C. §1446(b)(3).

15.     On September 26, 2022, Defendant filed this Notice of Removal.  This removal is timely because it is filed within 30 days after Defendant was served the Complaint.  28 U.S.C. §1446.

16.     Defendant has attached to this Notice of Removal and the documents required by 28 U.S.C. § 1446(a) and Local Rule 81.1 as follows:

A.     Index of all documents filed in the State Court Action.

B.     Docket Sheet in the State Court Action.

C.     Copies of all process, pleadings and orders filed in State Court.

D.     Defendants are filing with the Notice of Removal a completed Civil Cover Sheet, Supplemental Civil Cover Sheet, and Certificate of Interested Persons.

17.     Defendant retains the right to supplement the jurisdictional allegations by affidavit, declaration, or otherwise should Plaintiff challenge the allegations in a motion to remand or other filing.

18.     Plaintiff has demanded trial by jury.

19     Defendant has also filed a Notice of Removal to Adverse Parties.  See Exhibit G.

21.     Trial has not been set in the Superior Court, County of Stanislaus, California.

**V.     CONCLUSION**

22.     Since diversity jurisdiction exists over Plaintiff's claim and the case has a value in excess of $75,000, Defendant is entitled to remove the lawsuit filed in the Superior Court, County of Stanislaus, California, to the United States District Court for the Eastern District of California.

WHEREFORE, Defendants file this Notice of Removal pursuant to and in conformance with the applicable statutory requirements, and removes this action from the Superior Court, County of Stanislaus, California.

FURTHER, Defendants pray that Plaintiff takes nothing by this suit against Defendant, that Defendant be discharged, and that the Court grant such other and further relief, both general and special, at law and in equity to which Defendant may be justly entitled.

Dated:  September 26, 2022                    COOPER & SCULLY, P.C.


By_____
                    DEREK DAVIS
                    ALAN LAW
                    Attorneys for LONGS DRUG STORES
                    CALIFORNIA, L.L.C., erroneously sued as
                    CVS PHARMACY, INC.

1 | Derek Davis, Esq. (SBN 243957)
Alan Law, Esq. (SBN 268334)
2 | COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
3 | San Francisco, CA  94111
Tel:  (415) 956-9700; Fax: (415) 391-0274
4 | Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
5 |
Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C.
6 | erroneously sued as CVS PHARMACY, INC.

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | JEANNIE SALADO,

11 |               Plaintiffs,

12 |        vs.

13 | CVS PHARMACY, INC.   AND DOES 1 TO
10,

14 |

15 |               Defendants.

16 |

17 |

Case No.

INDEX TO EXHIBITS

Date Action Filed:  12/30/2021
Trial Date:        None Set

18 | **INDEX TO  DOCUMENTS FILED IN STATE COURT**

19 | EXHIBITS        DATE              ACTION

20 | EXHIBIT A     08/17/2022        Complaint for General Negligence, Premises Liability

21 | EXHIBIT B     08/17/2022        Civil Case Cover Sheet

22 | EXHIBIT C     08/17/22          Notice  of  Case  Management  Conference  and  Notice  of
23 |                                  Assignment

24 | EXHIBIT D     08/25/2022        Service of Process of Summons and Complaint

25 | EXHIBIT E     09/23/22          Stanislaus Superior Court Docket

26 | EXHIBIT F     09/26/22          Defendant Longs Drug Stores California, L.L.C.'s Answer to
27 |                                  Complaint

28 |

EXHIBIT G                          Notice to Adverse Party of Removal to United States District

                                   Court Eastern District of California.

Dated:  September 26, 2022         By:  _____

                                        DEREK DAVIS
                                        State Bar Number: 243957
                                        ALAN LAW
                                        State Bar Number : 268334
                                        COOPER & SCULLY, P.C.
                                        423 Washington Street, Suite 400
                                        San Francisco, California 94111
                                        Tel: 415-956-9700; Fax: 415-391-0274
                                        Email: derek.davis@cooperscully.com
                                        Email: alan.law@cooperscully.com

                                        Attorneys for Defendant LONGS DRUG STORES
                                        CALIFORNIA, L.L.C.,  erroneously sued as CVS
                                        PHARMACY, INC.

Defendant Longs Drug Stores California, L.L.C.'s Notice of Removal to Federal Court

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2022, a true and correct copy this document was served on counsel of record via Eservice as follows:

Michael A. Kahn, Esq.
Law Office of Michael A. Kahn
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Tel: 310-209-1600; Fax: 310-481-6076
Email: info@michaelkahnlaw.com

Attorney for Plaintiff
JEANNIE SALADO

_____
DEREK DAVIS
State Bar Number: 243957
ALAN LAW
State Bar Number : 268334
COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com

Attorneys for LONGS DRUG STORES
CALIFORNIA, L.L.C., erroneously sued as CVS
PHARMACY, INC.

1

PROOF OF SERVICE

2

*Salado v. CVS Pharmacy, Inc.., et al.*

3

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action.  I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 423 Washington Street, Suite 400, San Francisco, California 94111.  On this date I served the following document(s):

4

5

6

DEFENDANT LONGS DRUG STORES CALIFORNIA, L.L.C.'S NOTICE OF REMOVAL TO FEDERAL COURT

7

8

on the party(ies) identified below, in the following manner:

9

☒    **By First Class Mail.**  I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected.  I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage.  I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

10

11

12

13

Michael A. Kahn, Esq.
Law Office of Michael A. Kahn
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Tel: 310-209-1600; Fax: 310-481-6076
Email: info@michaelkahnlaw.com


Attorney for Plaintiff
JEANNIE SALADO

14

15

16

17

18

19

☒    **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

20

21

Executed September 26, 2022, at San Francisco, California.

22

23

*Sally Pincus*

24

_____
Sally Pincus

25

26

27

28

Defendant Longs Drug Stores California, L.L.C.'s Notice of Removal to Federal Court

EXHIBIT A - COMPLAINT

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Michael A. Kahn, Esq. SBN 123155<br>Law Office of Michael A. Kahn<br>10990 Wilshire Blvd., Suite 1040<br>Los Angeles, CA 90024<br>TELEPHONE NO: 310-209-1600    FAX NO. *(Optional)*: 310-481-6076<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, JENNIE SALADO | FOR COURT USE ONLY<br><br>Electronically Filed<br>8/17/2022 10:57 AM<br>Superior Court of California<br>County of Stanislaus<br>Clerk of the Court<br>By: Christina Dixon, Deputy |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  STANISLAUS<br>STREET ADDRESS: 801 10th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Modesto, CA 95354<br>BRANCH NAME: | |
| PLAINTIFF: JEANNIE SALADO<br><br>DEFENDANT: CVS PHARMACY, INC. and<br><br>☑ DOES 1 TO  10 | $435 PAID |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>☐ MOTOR VEHICLE   ☑ OTHER *(specify)*: Premises Liability<br>☐ Property Damage   ☐ Wrongful Death<br>☐ Personal Injury   ☐ Other Damages *(specify)*: | |
| Jurisdiction *(check all that apply)*:<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>CV-22-003745 |

1. **Plaintiff** *(name or names)*: JEANNIE SALADO
alleges causes of action against defendant *(name or names)*:
CVS PHARMACY, INC. and DOES 1 TO 10
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*: This case has been assigned to Judge Sandhu, Sonny S.
      (3) ☐ a public entity *(describe)*: Dept. 24
      (4) ☐ a minor ☐ an adult   Department _____ , for all purposes including Trial.
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property**<br>**Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE:<br>SALADO V. CVS | CASE NUMBER: CV-22-003745 |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name)*: CVS Pharmacy, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 1-10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| SALADO V. CVS | CV-22-003745 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 8/6/22

MICHAEL A. KAHN, ESQ.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

12

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| Salado v. CVS | CV-22-003745 |

First _____ **CAUSE OF ACTION—Premises Liability**     Page ___4___
    (number)

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* JEANNIE SALADO
    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
    On *(date):* 2/12/22            plaintiff was injured on the following premises in the following
    fashion *(description of premises and circumstances of injury):*

    On said date Plaintiff was a patron at Defendant's store located at 2075 E Hatch Road,
    Modesto, CA 95351. As she was shopping and walking towards the cash register to obtain a
    hand basket for her goods, she tripped over a pallet in the aisleway. As a result of the fall, she
    sustained serious injuries and damages.

Prem.L-2.    [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
             operated the described premises were *(names):*
             CVS PHARMACY, INC. and

             [✓] Does 1 _____ to 10 _____

Prem.L-3.    [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
             or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
             *(names):*
             CVS PHARMACY, INC. and

             [✓] Does 1 _____ to 10 _____

             Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.    [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
             on which a dangerous condition existed were *(names):*

             [ ] Does _____ to _____

        a. [ ]   The defendant public entity had   [ ] actual   [ ] constructive notice of the existence of the
               dangerous condition in sufficient time prior to the injury to have corrected it.
        b. [ ]   The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the
             other defendants and acted within the scope of the agency were *(names):*
             CVS PHARMACY, INC. and

             [✓] Does 1 _____ to 10 _____

        b. [ ]   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
              [ ] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EXHIBIT B – CIVIL CASE COVER SHEET – STATE

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael A. Kahn, Esq. SBN 123155<br>LawOffices of Michael A. Kahn<br>10990 Wilshire Blvd., Suite 1040<br>Los Angeles, CA 90024<br>TELEPHONE NO.: 310-209-1600     FAX NO.: 310-481-6076<br>ATTORNEY FOR (Name): Plaintiff | Electronically Filed<br>8/17/2022 10:57 AM<br>Superior Court of California<br>County of Stanislaus<br>Clerk of the Court<br>By: Christina Dixon, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Stanislaus
STREET ADDRESS: 801 10th Stret
MAILING ADDRESS:
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME:

CASE NAME:
Salado v. CVS

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: CV-22-003745 |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (*not specified above*) (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (*specify*): 1
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015*.)

Date: 8/16/22
MICHAEL A. KAHN, ESQ.
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

Exhibit B - 156

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

EXHIBIT C – SCHEDULE AND NOTICE OF ASSIGNMENT

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME, ADDRESS, PHONE, BAR NUMBER)<br><br>**COURT GENERATED**<br><br>Attorney for: | *FOR COURT USE ONLY*<br><br>**FILED**<br><br>AUG 1 7 2022<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br>BY __CHRISTINA DIXON__<br>_____**DEPUTY** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS**<br>    Street Address:    City Towers Bldg., 801 10th St, 4th Floor, Modesto, CA 95354<br>    Civil Clerk's Office: 801 10th Street, 4th Floor, Modesto, CA 95354 | |
| **Plaintiff/Petitioner: JEANNIE SALADO**<br>**Defendant/Respondent: CVS PHARMACY INC, ET AL** | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**CV-22-003745** |

1. NOTICE is given that a **Case Management Conference** has been scheduled as follows:

Date: 12/19/2022 Time: 8:30 AM

This case is assigned to Judge SONNY S SANDHU, Dept 24, for all purposes, including trial.

   *Departments 21 & 22 are located at 801 10th Street, 6th Floor, Modesto, CA 95354
   *Departments 23 & 24 are located at 801 10th Street, 4th Floor, Modesto, CA 95354
   **All filings shall be filed in the Clerk's Office at the City Towers, 4th Floor address.**
   
   ...................................................................................................................................
   
   **You have 30 calendar days to file a written response with this court after the legal papers and the summons were served on you. You must also serve a copy of your written response on the plaintiff.**

2. You must file and serve a completed *Case Management Conference Statement* at least **fifteen (15) calendar days** before the case management conference.

3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4. At the case management conference the Court may make pretrial orders, including the following:
   a. An order establishing a discovery schedule.
   b. An order referring the case to arbitration.
   c. An order dismissing fictitious defendants.
   d. An order scheduling exchange of expert witness information.
   e. An order setting subsequent conferences and the trial date.
   f. Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.).

Date: AUG 1 7 2022    by _____CHRISTINA DIXON_____ Deputy Clerk

Mandatory Form

| **--SANCTIONS--**<br>If you do not file the *Case Management Statement* required by local rule, or attend the case management conference or participate effectively in the conference, the court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money). |
|---|

CV003

11/10

Exhibit C - 18

EXHIBIT D – SERVICE OF PROCESS

Wolters Kluwer

## Service of Process Transmittal Summary

**TO:**   Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:**   **Process Served in California**

**FOR:**   CVS Pharmacy, Inc.  (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JEANNIE SALADO // To: CVS Pharmacy, Inc. |
| **CASE #:** | CV22003745 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/25/2022 at 01:42 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/25/2022, Expected Purge Date: 08/30/2022 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 330 N BRAND BLVD |
| | STE 700 |
| | GLENDALE, CA 91203 |
| | 800-448-5350 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Exhibit D - 20



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Thu, Aug 25, 2022
**Server Name:**                             DROP SERVICE

| Entity Served | CVS PHARMACY INC |
|---|---|
| Case Number | CV-22-003745 |
| Jurisdiction | CA |

| | Inserts | |
|---|---|---|
| | | |



SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CVS PHARMACY, INC. and DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JEANNIE SALADO

---

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically Filed
8/17/2022 10:57 AM
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Christina Dixon, Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* STANISLAUS SUPERIOR COURT

801 10th Street
Modesto, CA 95354

**CASE NUMBER:**
*(Número del Caso):* CV-22-003745

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael A. Kahn, Esq., SBN 123155, 10990 Wilshire Blvd #1040,Los Angeles CA 90024; 310-209-1600

DATE: 8/17/2022 10:57 AM                Clerk, by _____, Deputy
*(Fecha)*                                 *(Secretario)*                  *(Adjunto)*
                                          Christina Dixon

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [X] on behalf of *(specify)*: CVS Pharmacy, Inc.

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify)*:

4. [X] by personal delivery on *(date)*:

Page 1 of 1

Form Adapted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT E – STATE COURT DOCKET

# CV-22-003745

 Print

## SALADO, JEANNIE vs CVS PHARMACY INC

### Case Information

**Case Type:** Premises Liability: Unlimited
**Case Number:** CV-22-003745
**Filing Date:** 8/17/2022
**Case Status:** Open
**Court Location:** Unlimited

## PARTIES

Show All entries

Search:

| Type | First Name | Middle Name | Last Na |
|------|-----------|-------------|---------|
| Defendant | | | CVS PH |
| Plaintiff | JEANNIE | | SALAD |

Showing 1 to 2 of 2 entries

Previous | 1 | Next

## Attorneys

Show All entries

Search:

| Representing | First Name | Middle Name |
|--------------|-----------|-------------|
| **JEANNIE SALADO** | **MICHAEL** | **A.** |

# EVENTS

Show All entries

Search:

| ▾ File Date | File Type | Fil |
|---|---|---|
| 8/17/2022 | Civil Case Cover Sheet - Plaintiff(s) | |
| 8/17/2022 | Complaint | |
| 8/17/2022 | Summons Issued / Filed | |
| 8/17/2022 | Notice of Case Management Conference | |

Showing 1 to 4 of 4 entries

Previous  1  Next

# HEARINGS

Show All entries

Search:

| Department | Type | ▾ Date |
|---|---|---|
| Dept. 24 | Case Management Conference | 12/19/2022 |

Showing 1 to 1 of 1 entries

Previous  1  Next

EXHIBIT F – ANSWER TO PLAINTIFF'S COMPLAINT

1  Derek Davis, Esq. (SBN 243957)
   Alan Law, Esq. (SBN 268334)
2  COOPER & SCULLY, P.C.
   423 Washington Street, Suite 400
3  San Francisco, CA  94111
   Tel:  (415) 956-9700; Fax: (415) 391-0274
4  Email: derek.davis@cooperscully.com
   Email: alan.law@cooperscully.com
5
   Attorneys for Defendant
6  LONGS DRUG STORES CALIFORNIA, L.L.C.
   erroneously sued as CVS PHARMACY, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 JEANNIE SALADO,                          )  Case No.
                                            )
11            Plaintiffs,                    )
                                            )
12      vs.                                  )  **DEFENDANT LONGS DRUG STORES**
                                            )  **CALIFORNIA, L.L.C.'S ANSWER TO**
13 CVS PHARMACY, INC.   AND DOES 1 TO        )  **PLAINTIFF'S COMPLAINT**
   10,                                      )
14                                          )  Date Action Filed:  08/17/2022
              Defendants.                    )  Trial Date:       None Set
15                                          )
                                            )
16                                          )
                                            )
17 _____

18                     **ANSWER TO COMPLAINT**

19        COMES NOW Defendant LONGS DRUG STORES CALIFORNIA, L.L.C., erroneously

20 sued as CVS PHARMACY, INC., (hereinafter "Defendant" or "LONGS DRUG STORES") and

21 answers Plaintiff's Complaint and hereby admits, denies and alleges as follows:

22 1.      Pursuant to Federal Rule of Civil Procedure 8(b) Defendant generally denies each and

23 every allegation contained in Plaintiff's Complaint, except to the extent that specific allegations

24 are expressly admitted or particularly denied as set forth below:

25 2.      In answer to Plaintiff's Complaint, Defendant admits that LONGS DRUG STORES

26 CALIFORNIA, L.L.C. is a limited liability company organized under the laws of the State of

27 California.  Under 28 U.S.C. § 1332(a), a limited liability company is a citizen of the same state

28

or states as its owners/members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Here, Longs Drug Stores California L.L.C. has a sole member – Longs Drug Stores, L.L.C – a Maryland limited liability company whose principal place of business and headquarters are in Rhode Island, and whose sole member is CVS Pharmacy, Inc., a Rhode Island corporation.  CVS Pharmacy, Inc. is a citizen of the State of Rhode Island.  Therefore, Longs Drug Stores California L.L.C., is also a citizen of the State of Rhode Island, and not a citizen of the State of California, pursuant to 28 U.S.C. § 1329(a).

3.     In answer to the "First Cause of Action" as to "Premises Liability" contained in Plaintiff's Form Complaint, Defendant denies that it is liable to Plaintiff for "Premises Liability." Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said "First Cause of Action" and on that basis Defendant denies each and every allegation contained therein.

## GENERAL DENIAL

4.     Without assuming any burden of proof and expressly reserving the right to hold Plaintiff to her burden of proof, Defendant asserts the following affirmative defenses in support thereof and alleges as follows:

### DEFENDANT'S AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### To All Causes of Action – Failure to State a Claim

5.     As a separate and affirmative defense, Defendant alleges that Plaintiff's Complaint and the purported causes of action, and each of them, therein, considered separately or as a whole, fail to state a cause of action upon which relief may be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE

#### To All Causes of Action – Statute of Limitations

6.     As a separate and affirmative defense, Defendant alleges that Plaintiff's Complaint and each cause of action pled against this Responding Party, is barred by the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**To All Causes of Action – Assumption of Risk**

7.     As a separate and affirmative defense, Defendant alleges that Plaintiff expressly and/or impliedly assumed the risks associated with the use of Defendant's products or services or premises, and any recovery should be reduced or barred in accordance with the doctrines of express or implied assumption of risk.

**FOURTH AFFIRMATIVE DEFENSE**

**To All Causes of Action –**

**Comparative Fault – Plaintiff, Employer(s), Co-Employee(s), and Others**

8.     As a separate and affirmative defense, Defendant alleges that Plaintiff's alleged injuries and damages, if any, were proximately caused by the negligence, carelessness, and/or fault of Plaintiff herself and/or others, including firms, persons, corporations, employers, co-employees, or entities other than Defendant, and that such negligence and/or other fault of Plaintiff and/or others comparatively reduces the percentage of any negligence and/or other fault that may be attributed to Defendant.

**FIFTH AFFIRMATIVE DEFENSE**

**To All Causes of Action – Failure to Mitigate Damages**

9.     As a separate and affirmative defense, Defendant alleges that Plaintiff is barred from recovering some or all of the alleged damages she seeks by his Complaint by virtue of Plaintiff's failure to take reasonable, necessary, appropriate, and/or feasible steps to mitigate his alleged damages.

**SIXTH AFFIRMATIVE DEFENSE**

**To All Causes of Action – Bad Faith**

10.     As a separate and affirmative defense, Defendant alleges that Plaintiff has brought this action in bad faith, and accordingly any recovery of Plaintiff should be reduced or barred.

**SEVENTH AFFIRMATIVE DEFENSE**

**To All Causes of Action – Claims Pre-Empted by Federal Law**

3

11.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any, should be reduced or barred by reason of the fact that all or some of Plaintiff's claims are pre-empted by any applicable or relevant Federal law.

## EIGHTH AFFIRMATIVE DEFENSE

### To All Causes of Action – No Duty to Plaintiff

12.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any, should be reduced or barred by reason of the fact that Defendant owed no duty to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

### To All Causes of Action – Lack of Notice of Dangerous Condition

13.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any, should be reduced or barred by reason of the fact that Defendant lacked notice of any dangerous or defective condition of any premises or property that may have caused any injury to Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

### To All Causes of Action –

### Open and Obvious Danger – Dangerous or Defective Condition of Premises or Property Was Reasonably Apparent

14.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any, should be reduced or barred by reason of the fact that any alleged dangerous or defective condition of Defendant's premises or property was open and obvious and was reasonably apparent to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

### To All Causes of Action – Additional Defenses

15.     Defendant hereby gives notice that it intends to rely upon any additional affirmative defenses which become available or apparent during discovery and thus reserve the right to amend its Answer to assert additional defenses.

## PRAYER

WHEREFORE this Defendant prays that the Plaintiff takes nothing against it by reason

1  of her Complaint, and

2       1.     That the Complaint be dismissed.

3       2.     That this Defendant recovers its costs of suit incurred.

4       3.     For such other and further relief as the Court may deem just and proper.

5

6  Dated:  September 26, 2022          COOPER & SCULLY, P.C.

7

8       By: /s/ Alan Law

9       DEREK DAVIS
        ALAN LAW

10

11       Attorneys for LONGS DRUG STORES, L.L.C., erroneously sued as CVS PHARMACY, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on the   26th day of September, 2022, a true and correct copy this

document was served on counsel of record via Eservice as follows:

Michael A. Kahn, Esq.
Law Office of Michael A. Kahn
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Tel: 310-209-1600; Fax: 310-481-6076
Email: info@michaelkahnlaw.com


Attorney for Plaintiff
JEANNIE SALADO




                                        ____/s/ Alan Law_____
                                        DEREK DAVIS
                                        State Bar Number: 243957
                                        ALAN LAW
                                        State Bar Number : 268334
                                        COOPER & SCULLY, P.C.
                                        423 Washington Street, Suite 400
                                        San Francisco, California 94111
                                        Tel: 415-956-9700; Fax: 415-391-0274
                                        Email: derek.davis@cooperscully.com
                                        Email: alan.law@cooperscully.com

                                        Attorneys for Defendant LONGS DRUG STORES
                                        CALIFORNIA, L.L.C., erroneously sued as CVS
                                        PHARMACY, INC.

PROOF OF SERVICE

*Salado v. CVS Pharmacy, Inc.., et al.*

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action.  I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 505 Sansome Street, Suite 1550, San Francisco, California 94111.  On this date I served the following document(s):

DEFENDANT LONGS DRUG STORES CALIFORNIA, L.L.C.'S ANSWER TO PLAINTIFF'S COMPLAINT

on the party(ies) identified below, in the following manner:

☒ **By First Class Mail.**  I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected.  I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage.  I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

| |
|---|
| Michael A. Kahn, Esq.<br>Law Office of Michael A. Kahn<br>10990 Wilshire Blvd., Suite 1040<br>Los Angeles, CA 90024<br>Tel: 310-209-1600; Fax: 310-481-6076<br>Email: info@michaelkahnlaw.com<br><br><br>Attorney for Plaintiff<br>JEANNIE SALADO |

☒ **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 26, 2022, at San Francisco, California.

*Sally Pincus*

_____
Sally Pincus

Defendant Longs Drug Stores California, L.L.C.'s Answer to Complaint

EXHIBIT G – NOTICE TO ADVERSE PARTY OF
REMOVAL

1  Derek Davis (SBN #243957)
   Alan Law (SBN #268334)
2  COOPER & SCULLY, P.C.
   423 Washington Street, Suite 400
3  San Francisco, CA  94111
   Tel:  (415) 956-9700
4  Fax: (415) 391-0274
   Email: derek.davis@cooperscully.com
5  Email: alan.law.@cooperscully.com

6  Attorneys for Defendant
   LONGS DRUG STORES CALIFORNIA, L.L.C.,
7  Erroneously sued as CVS PHARMACY, INC.

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF STANISLAUS - UNLIMITED JURISDICTION

10  JEANNIE SALADO,                    )  Case No. CV-22-003745
                                       )
11            Plaintiffs,              )
                                       )
12       vs.                           )  **NOTICE   TO   ADVERSE   PARTY   OF
                                       )  REMOVAL TO FEDERAL COURT**
13  CVS PHARMACY, INC.  AND DOES 1 TO  )
    10,                                )
14                                     )  Date Action Filed:  08/17/2022
              Defendants.              )  Trial Date:        None Set
15                                     )
                                       )
16  _____)

17  TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that on April  8th, 2022 Defendant LONGS DRUG STORES

19  CALIFORNIA, L.L.C., erroneously sued as CVS PHARMACY, INC., filed a Notice of

20  Removal of this action in the United States District Court for the Eastern District of California,

21  Division, Case No.:                    .  A true and correct copy of said Defendant's Notice of

22  Removal is attached to this Notice as Exhibit "A" and is incorporated herein by reference.

23       Pursuant to 28 U.S.C. §§ 1441(b),  the filing of this Notice shall perfect the removal of

24  this case and this Honorable Court shall proceed no further in this cause unless and until the case

25  is remanded by order of the United States District Court for the Eastern District of California,

26  Division.

27  ///

28
                                       1
                   Notice to Adverse Party of Removal to Federal Court
                      Stanislaus Superior Court No. CV-22-003745

Dated: September 26, 2022.                    COOPER & SCULLY, P.C.


By_____
                                             DEREK DAVIS
                                             ALAN LAW
                                             Attorneys for Defendant LONGS DRUG
                                             STORES CALIFORNIA, L.L.C.
                                             erroneously sued as CVS PHARMACY,
                                             INC.

PROOF OF SERVICE

<em>Salado vs. CVS Pharmacy, Inc., et al.</em><br>Stanislaus County Superior Court No. CV-22-003745

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action. I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 423 Washington Street, Suite 400, San Francisco, California 94111. On this date I served the following document(s):

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

on the party(ies) identified below, in the following manner:

☒ **By First Class Mail.** I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected. I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage. I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

☒ **By EMAIL OR ELECTRONIC** TRANSMISSION. I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by emailing the persons at the email addresses listed pursuant to California Rules of Court, Emergency Rule 12, which is in effect through 90 days after the Governor declares that the state of emergency related to the COVID-19 pandemic is lifted, or when amended or repealed by the counsel. No electronic message or other indication that the transmission as unsuccessful was received within a reasonable time after the transmission.

Michael A. Kahn, Esq.
Law Office of Michael A. Kahn
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Tel: 310-209-1600; Fax: 310-481-6076
Email: info@michaelkahnlaw.com

Attorney for Plaintiff
JEANNIE SALADO

☒ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 26, 2022, at San Francisco, California.

*Sally Pincus*

_____
Sally Pincus

3