| | |
|---|---|
| 1 | Derek Davis (SBN #243957) |
|   | Alan Law (SBN #268334) |
| 2 | COOPER & SCULLY, P.C. |
|   | 423 Washington Street, Suite 400 |
| 3 | San Francisco, CA  94111 |
|   | Tel:  (415) 956-9700 |
| 4 | Fax: (415) 391-0274 |
|   | Email: derek.davis@cooperscully.com |
| 5 | Email: alan.law.@cooperscully.com |
| 6 | Attorneys for Defendant |
|   | LONGS DRUG STORES CALIFORNIA, L.L.C. |
| 7 | Erroneously sued as CVS PHARMACY, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANNIE SALADO, | ) | Case No. 1:22-cv-01230-ADA-BAM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CERTIFICATE OF SERVICE OF NOTICE |
| vs. | ) | OF CASE ASSIGNMENT AND STANDING |
| | ) | ORDERS DOCKET 5,5.1,5.2,5.3, AND 6, |
| CVS PHARMACY, INC., AND DOES 1 TO | ) | |
| 10, | ) | |
| | ) | Date Action Filed:  08/17/2022 |
| Defendants. | ) | |
| | ) | |

TO THE HONORABLE JUDGES OF SAID COURT:

The undersigned, counsel of record for LONGS DRUG STORES CALIFORNIA, L.L.C., erroneously sued as CVS HEALTH CORPORATION DBA CVS PHARMACY, states as follows:

I, Alan Law certify and declare as follows:

I am over the age of 18 years and not a party to this action.  My business address is 423 Wasshington Street, Suite 400, San Francisco, California 94111 which is located in the city, county and state where the mailing described below took place.

On September 28 I deposited in the United States Mail at San Francisco, California, the following documents:

1.     A copy of Docket No. 5 the Setting Mandatory Settlement Conference.

2.     A copy  of Docket No. 5-1 Standing Order.

3. A Copy of Docket No. 5-2 Consent or Declination to Proceed Before a Magistrate Judge.

4. A Copy of Docket No. 5-3 Notice of Availability Voluntary Dispute Resolution.

5. A copy of Docket No. 6 Clerk's Notice

6. A Copy of Docket No. 6 Clerk's Notice re Mr. Kahn not admitted to Practice.

A Copy of Magistrate Judge McCauliffe's Standing Order

Dated: September 28, 2022.   By: _____

DEREK DAVIS (SBN 243957)
ALAN LAW (SBN 268334)
COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. erroneously sued as CVS PHARMACY, INC.

CERTIFICATE OF SERVICE

I hereby certify that on the 28 th day of September, 2022, a true and correct copy this document was served on counsel of record via Eservice as follows:

Michael A. Kahn, Esq.
Law Office of Michael A. Kahn
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Tel: 310-209-1600; Fax: 310-481-6076
Email: info@michaelkahnlaw.com

Attorney for Plaintiff
JEANNIE SALADO

DEREK DAVIS
State Bar Number: 243957
ALAN LAW
State Bar Number : 268334
COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. erroneously sued as CVS PHARMACY, INC.

Certificate of Service of Docket 5-5.3 and Docket 6
USDC Eastern  No. 1:22-cv-012330-ADA-BAM

PROOF OF SERVICE

*Salado vs. Longs Drug Stores California, L.L.C., et al.*

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action. I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 423 Washington Street, Suite 400, San Francisco, California 94111. On this date I served the following document(s):

CERTIFICATE OF SERVICE OF NOTICE OF CASE ASSIGNMENT AND STANDING ORDERS DOCKET 5,5.1,5.2,5.3, AND 6,

on the party(ies) identified below, in the following manner:

☒ **By First Class Mail.** I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected. I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage. I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

☒ **By EMAIL OR ELECTRONIC** TRANSMISSION. I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by emailing the persons at the email addresses listed pursuant to California Rules of Court, Emergency Rule 12, which is in effect through 90 days after the Governor declares that the state of emergency related to the COVID-19 pandemic is lifted, or when amended or repealed by the counsel. No electronic message or other indication that the transmission as unsuccessful was received within a reasonable time after the transmission.

Michael A. Kahn, Esq.
Law Office of Michael A. Kahn
10990 Wilshire Blvd., Suite 1040
Los Angeles, CA 90024
Tel: 310-209-1600; Fax: 310-481-6076
Email: info@michaelkahnlaw.com

Attorney for Plaintiff
JEANNIE SALADO

☒ **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 28, 2022, at San Francisco, California.

*/s/ Sally Pincus*
_____
Sally Pincus